ACCEPTED
15-24-00113-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/20/2025 3:53 PM
CHRISTOPHER A. PRINE
CLERK

**Cause No. 15-24-00113-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/20/2025 3:53:34 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS

GLEN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE
STATE OF TEXAS AND KEN PAXTON, ATTORNEY GENERAL OF
THE STATE OF TEXAS,

*Appellants,*

v.

AMERICAN AIRLINES, INC.,

*Appellee.*

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE BRIEF

Mary A. McNulty
State Bar No. 13839680
Mary.McNulty@hklaw.com

Leonora Meyercord
State Bar No. 24074711
Lee.Meyercord@hklaw.com

J. Meghan McCaig
State Bar No. 24070083
Meghan.McCaig@hklaw.com

Richard B. Phillips, Jr.
State Bar No. 24032833
Rich.Phillips@hklaw.com

HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-964-9500
Fax: 214-964-9501

**COUNSEL FOR APPELLEE**

To the Honorable Court of Appeals:

1.   Under Texas Rules of Appellate Procedure 2, 10.5(b), and 38.6(d), Appellee American Airlines, Inc. respectfully requests a 30-day extension of time to file its response brief.

2.   This is an appeal of a final judgment following a bench trial. After obtaining a 30-day extension, the appellant filed his opening brief on February 5, 2025. Appellee's response brief is therefore currently due on Friday, March 7, 2025. The requested extension would make the brief due on Monday, April 7, 2025.[1] This is Appellee's first request for an extension of time to file its response brief.

3.   Counsel for the Appellant has stated that the Appellant is not opposed to the requested extension.

4.   Appellee requests this extension for two primary reasons. First, J. Meghan McCaig, who tried the case in the trial court, will be leaving Holland & Knight LLP and will not be available to assist with the appellate briefing.[2] Richard B. Phillips, Jr., who will have primary responsibility for drafting the response brief, will need additional time to get up to speed on the record and the issues in this case.

---

[1] Because the 30th day from March 7, 2025 falls on Sunday, April 6, the deadline would be automatically extended to Monday, April 7. *See* Tex. R. App. P. 4.1(a).

[2] A motion from Ms. McCaig to withdraw as counsel is forthcoming.

5. Second, Appellee's counsel has been and will be occupied with other matters that will prevent them from preparing the brief for filing by the current due date. Specifically, counsel has been and will be occupied with the following matters, among others:

(a) preparing for and presenting oral argument on February 6, 2025, in No. 24-60240, *Sirius Solutions, LLLP v. Commissioner*, pending in the United States Court of Appeals for the Fifth Circuit;

(b) assisting with post-trial proceedings in No. 2:21-cv-03955-MMB, *Cockerill, et al. v. Corteva, Inc.*, pending in the United States District Court for the Eastern District of Pennsylvania;

(c) assisting with pretrial proceedings and dispositive motions in No. DC-23-05928, *Daniels, et al. v. Yummy Transport, LLC, et al.*, pending in the 116th District Court, Dallas County, Texas;

(d) assisting with post-trial briefing and preparing for the appeal in No. 17564-PC, *In re Estate of Kling* and No. 489-G, *In re Guardianship of Kling*, pending in the County Court at Law No. 1, Brazos County, Texas;

(e) preparing expert disclosures due on February 21, 2025, in No. 3:22-cv-515-N, *Exxon Mobil Corporation v. United States*, pending in the United States District Court for the Northern District of Texas;

(f) preparing responses to and preparing for a hearing held on February 17, 2025, in No. 2020-0295-E, *In re Estate of Long*, pending in County Court at Law No. 2, Gregg County, Texas;

(g) preparing the appellants' reply brief filed on February 18, 2025, in No. 06-24-00064-CV, *In re Estate of Long*, pending in the Court of Appeals for the Sixth District of Texas at Texarkana; and

(h) preparing for oral argument scheduled for March 6, 2025, in No. 12-24-00247-CV, *Southern Cornerstone, Inc. v. Crown Colony Improvement*

*Association, Inc.*, pending in the Court of Appeals for the Twelfth District of Texas at Tyler.

6.  Additionally, Mr. Phillips is scheduled to be out of the office on March 7, 2025, to attend a meeting of the Texas Supreme Court Advisory Committee.

Wherefore, the Appellee respectfully request that the Court extend the deadline for its response brief to Monday, April 7, 2025. Appellee further requests general relief.

Dated: February 20, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Richard B. Phillips, Jr.
    Mary A. McNulty
    State Bar No. 13839680
    Mary.McNulty@hklaw.com

    Leonora Meyercord
    State Bar No. 24074711
    Lee.Meyercord@hklaw.com

    J. Meghan McCaig
    State Bar No. 24070083
    Meghan.McCaig@hklaw.com

    Richard B. Phillips, Jr.
    State Bar No. 24032833
    Rich.Phillips@hklaw.com

One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-964-9500
Fax: 214-964-9501

**COUNSEL FOR APPELLEE**

## Certificate of Conference

On February 18, 2025, I discussed this motion with Deborah Rao, counsel for Appellant by email. Ms. Rao indicated that Appellant is not opposed to the requested extension.

/s/ Richard B. Phillips, Jr.
Richard B. Phillips, Jr.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Phillips on behalf of Richard Phillips Jr.
Bar No. 24032833
Rich.Phillips@hklaw.com
Envelope ID: 97617570
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Motion to Extend Time to File Response Brief
Status as of 2/20/2025 4:01 PM CST

Associated Case Party: GLENN HEGAR COMPTROLLER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ray Langenberg | 11911200 | ray.langenberg@cpa.texas.gov | 2/20/2025 3:53:34 PM | SENT |
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 2/20/2025 3:53:34 PM | SENT |
| Deborah Rao | | Deborah.Rao@oag.texas.gov | 2/20/2025 3:53:34 PM | SENT |
| Alyson "Ally" Thompson | | ally.thompson@oag.texas.gov | 2/20/2025 3:53:34 PM | SENT |

Associated Case Party: AMERICAN AIRLINES, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 2/20/2025 3:53:34 PM | SENT |
| Leonora Meyercord | 24074711 | Lee.Meyercord@hklaw.com | 2/20/2025 3:53:34 PM | SENT |
| Mary McNulty | 13839680 | Mary.McNulty@hklaw.com | 2/20/2025 3:53:34 PM | SENT |
| Meghan McCaig | | meghan.mccaig@hklaw.com | 2/20/2025 3:53:34 PM | SENT |